# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2666 Disciplinary Board No. 3 |
| | : | |
| Petitioner | : | No. 53 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 57247 |
| | : | |
| LEWIS P. HANNAH, III, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of November, 2019, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Lewis P. Hannah, III is suspended on consent from the Bar of this Commonwealth for a period of three years. He shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).